UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 19-14278-CIV-MARTINEZ/MAYNARD**

SFR SERVICES LLC,

    Plaintiff,

v.

GEOVERA SPECIALTY
INSURANCE COMPANY,

    Defendant.
_____/

**ORDER ON NOTICE OF SETTLEMENT**

THIS CAUSE came before the Court upon the parties' Notice of Settlement. [ECF No. 77]. Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1.   The parties shall file either a Notice of Dismissal (if the Defendant has not served an answer or motion for summary judgment) or a Stipulation of Dismissal (signed by all parties who have appeared in this action), **which must be filed with the Clerk of the Court**; a proposed Order of Dismissal or Final Judgment; and any other documents necessary to conclude this action **on or before 30 days of the date of this Order**.

2.   If the parties fail to comply with this Order, the Court shall <u>dismiss</u> this case without prejudice without any further warning.

3.   The Clerk is **DIRECTED** to **DENY ALL PENDING MOTIONS AS MOOT**.

4.   The Clerk shall **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. This shall not affect the substantive rights of the parties.

DONE AND ORDERED in Chambers at Miami, Florida, this <u>26th</u> day of May, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record